**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10045-NMG-1 |
| | ) | |
| STEVEN RICHARDSON | ) | |

## MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER

Mr. STEVEN RICHARDSON, pursuant to 18 U.S.C. § 3143(a)(1), respectfully moves this Court to extend his voluntary surrender date for ninety days.

## I. Relevant Procedural History

On September 10, 2026, this Court sentenced Mr. Richardson, *inter* alia, to serve a term of imprisonment of twenty-four months, and to surrender to the Bureau of Prisons to serve that term of imprisonment by 2:00 p.m. on October 1, 2026. (J. in a Criminal Case 2, ECF No. 72.)

## II. Factual Assertions

Mr. Richardson has six acres of land requiring significant maintenance, which he does himself. His hiring others to do this work would cost his family approximately $2,000 per month. He also keeps several farm animals that require daily care, which he does himself. Mr. Richardson remains in the process of

hiring farmhands to help his wife care for the animals and land while he is in prison. Furthermore, Mr. Richardson needs to teach his wife how to manage the farm in his absence. The couple expects this process to take an additional ninety days.

Second, Mr. Richardson works for a small business that does tractor mowing for entities with large acreage (e.g., landfills). Only two people can operate the tractors at the company, and Mr. Richardson is one of them. Operating these tractors is dangerous due to the challenging conditions at the worksites. His sudden departure will leave the business without half its laborers. Mr. Richardson, to assist his employer, is working to find and train a replacement, which he expects will take at least sixty days. Mr. Richardson has a vested interest in assisting the business because his employer has guaranteed him employment after he serves his term of imprisonment, which will allow him to support his family upon release.

Third, Mr. Richardson homeschools his ten-year-old daughter, who is in fifth grade. While he does this, Mr. Richardson's wife cares for his three-year-old son, who requires constant attention due to his above-average hyperactivity. Mr. Richardson's daughter will attend school outside the home while he is in prison, and Mr. Richardson's parents had planned to move to Florida to help care for his son while his wife works and manages the land. However, Mr. Richardson's

father had heart surgery in late August 2026. The recovery from that surgery is taking longer than expected, which has delayed his parents' move to Florida. Mr. Richardson anticipates that it will take an additional ninety days for his father to recover and for his parents to move to Florida to support his wife and children while he is in prison.

Fourth, a ninety-day extension of Mr. Richardson's voluntary-surrender date would allow allow him to spend the holiday season with his family before he serves his term of imprisonment.

## III. Argument and Citation of Authority

This Court has the authority to extend Mr. Richardson's voluntary surrender date. 18 U.S.C. § 3143(a)(1)). Furthermore, this Court, by releasing Mr. Richardson pending the execution of his sentence, has found by clear and convincing evidence that he is neither "likely to flee or pose a danger to any other person or the community . . . ." *Id.*

Mr. Richardson submits that, based on the above factual assertions, an extension of his voluntary surrender date is warranted.

## IV. Opposing Party's Position

The Government has not yet provided a position on Mr. Richardson's request; if the Government provides its position directly to Mr. Richardson's attorney, he will immediately advise the Court.

## V. Conclusion

Mr. Richardson, based on the foregoing factual assertions and argument, prays that this Court extend his voluntary surrender date for ninety days.

Date: September 25, 2026

Respectfully Submitted,

***s/ Joshua Sabert Lowther***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com

Attorney for Defendant
Steven Richardson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10045-NMG-1 |
| | ) | |
| STEVEN RICHARDSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER with the Clerk of the United States District Court for the District of Massachusetts by way of the CM/ECF system, which will automatically serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: September 25, 2026

Respectfully Submitted,

***s/ Joshua Sabert Lowther***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859
www.lowtherwalker.com