**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10045-NMG-1 |
| | ) | |
| STEVEN RICHARDSON | ) | |

**MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER**

Mr. STEVEN RICHARDSON, pursuant to 18 U.S.C. § 3143(a)(1), respectfully moves this Court to extend his voluntary surrender date for ninety days.

## I. Relevant Procedural History

On September 10, 2026, this Court sentenced Mr. Richardson, *inter* alia, to serve a term of imprisonment of twenty-four months, and to surrender to the Bureau of Prisons to serve that term of imprisonment by 2:00 p.m. on October 1, 2026. (J. in a Criminal Case 2, ECF No. 72.)

## II. Factual Assertions

Mr. Richardson has six acres of land requiring significant maintenance, which he does himself. His hiring others to do this work would cost his family approximately $2,000 per month. He also keeps several farm animals that require daily care, which he does himself. Mr. Richardson remains in the process of

Motion denied. NMGorton, SUSDJ 09/28/2026